UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MALIK HARRY,

                                            Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                                          Defendants.
-------------------------------------------------------------------- x

[~~PROPOSED~~] ORDER TO PRODUCE PLAINTIFF FOR DEPOSITION

24-CV-8274 (CM)

**Colleen McMahon, United States Judge:**

    A deposition is scheduled for Friday, July 11, 2025, at 10:00 a.m.

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Cayuga Correctional Facility produce Malik Harry, DIN No. 23B1294, on July 11, 2025, no later than 10:00 a.m. to a suitable location within the Cayuga Correctional Facility that is equipped with a videoconferencing system, for the purpose of participating in a deposition with defense counsel.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-6325.

**SO ORDERED.**

Dated: June 20, 2025

_____
Colleen McMahon
United States Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2025